AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Maryland State Rifle and Pistol Association, Inc. and Susannah Kipke, <br><br> *Plaintiff(s)* <br> v. <br> WES MOORE, in his official capacity as Governor of Maryland, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wes Moore
Governor of Maryland
Serve on: Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Parker Sweeney (jsweeney@bradley.com)
Marc Nardone (mnardone@bradley.com)
Bradley Arant Boult Cummings, LLP
1615 L Street, N.W., Suite 1350
Washington, DC 20036
(202) 719-8216-phone/(202) 719-8316-fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____05/16/2023_____                                 _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Maryland State Rifle and Pistol Association, Inc. and Susannah Kipke, <br><br> *Plaintiff(s)* <br> v. <br> WES MOORE, in his official capacity as Governor of Maryland, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Col. Roland L. Butler, Jr.
Superintendent of Maryland State Police
Serve on: Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Parker Sweeney (jsweeney@bradley.com)
Marc Nardone (mnardone@bradley.com)
Bradley Arant Boult Cummings, LLP
1615 L Street, N.W., Suite 1350
Washington, DC 20036
(202) 719-8216-phone/(202) 719-8316-fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___05/16/2023___       _____
*Signature of Clerk or Deputy Clerk*