IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01293-GLR |
| | * | |
| WES MOORE, *et al.*, | | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KATHERINE NOVOTNY, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-GLR |
| | * | |
| WESLEY MOORE, *et al.*, | | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Motion to Consolidate filed by defendants (the "Motion"), any opposition thereto, and any argument thereon, it is this \_\_\_\_\_ day of _____, 2023, by the United States District Court for the District of Maryland hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that *Kipke v. Moore*, No. 1:23-cv-01293-GLR and *Novotny v. Moore*, No. 1:23-cv-01295-GLR are consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure.

_____
George L. Russell, III
United States District Judge