IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, ET AL., | * |
| *Plaintiffs*, | * |
| v. | *    No. 1:23-cv-01293-GLR |
| | * |
| WESLEY MOORE, ET AL., | |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time to Respond to the Complaint (the "Motion"), it is this 31st day of May, 2023, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for defendants to respond to the complaint is extended to June 28, 2023.

/s/
_____
George L. Russell, III
United States District Judge