IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al.     ) | |
|                                  ) | |
| *Plaintiffs*,             ) | |
|                                  ) | |
| v.                             ) | No. 1:23-cv-01293-GLR |
|                                  ) | |
| WES MOORE, in his official capacity  ) | |
| as Governor of Maryland, et al.    ) | |
|                                  ) | |
| *Defendants*.           ) | |

**Joint Motion to Extend Defendants' Time to Respond to Plaintiffs' Complaint and to Set Certain Briefing Deadlines**

Pursuant to Local Rules 105.2(c) and 105.9, the parties, through counsel, jointly move to extend the time for Defendants to file a response to Plaintiffs' Complaint *and* to set deadlines for the parties' Cross-motions for Summary Judgment and Plaintiffs' Motion for a Preliminary Injunction. In support of this Motion, the parties state the following:

1. Plaintiffs filed their Complaint on May 16, 2023, bringing a facial challenge to the recently enacted Senate Bill 1 and various other Maryland laws and regulations as unconstitutional under the First, Second, and Fourteenth Amendments.

2. The current deadline for Defendants to respond to the Complaint is Wednesday June 28, 2023.

3. The parties have conferred and agree that, due to the complexity of the issues raised in the Complaint, Defendants may have until Friday June 30, 2023 to respond to the Complaint.

4. Both Plaintiffs and Defendants intend to file motions for summary judgment.

5. Pursuant to Local Rule 105.2(c), counsel have conferred and agreed that Plaintiffs will file their motion for summary judgment first. Counsel for the parties have agreed to the following briefing schedule for the parties' Cross-motions for Summary Judgment:

| | |
|---|---|
| Plaintiffs' Summary Judgment Motion: | July 3, 2023 |
| Defendants' Opposition/Cross-motion: | July 28, 2023 |
| Plaintiffs' Reply/Opposition: | August 18, 2023 |
| Defendants' Reply: | September 8, 2023 |

6. Counsel for the parties have agreed to the following briefing schedule for Plaintiffs' Motion for Preliminary Injunction:

| | |
|---|---|
| Plaintiffs' Preliminary Injunction Motion: | July 3, 2023 |
| Defendants' Opposition: | July 28, 2023 |
| Plaintiffs' Reply: | August 18, 2023 |

7. A proposed order is attached.

Dated June 26, 2023          Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
Connor M. Blair (Bar No. 20985)
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Counsel for Plaintiffs

<u>/s/Robert A. Scott</u>
Robert A. Scott (Bar No. 24613)
Ryan R. Dietrich (Bar No. 27945)
James N. Lewis (Bar No. 30220)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-7005
(410) 576-6955 (facsimile)

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2023, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

        Respectfully submitted,

        /s/ *John Parker Sweeney*
        John Parker Sweeney (Bar No. 08761)