IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al. )<br><br>    *Plaintiffs,*  )<br><br>    v.  )<br><br>WES MOORE, in his official capacity<br>as Governor of Maryland, et al.  )<br><br>    *Defendants.*  ) | No. 1:23-cv-01293-GLR |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Susannah Warner Kipke and Maryland State Rifle & Pistol Association, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, move for summary judgment for the reasons stated in their accompanying Memorandum in Support of Motion for Summary Judgment, along with its accompanying exhibits and proposed order. Plaintiffs request a hearing on their motion.

Plaintiffs seek summary judgment, a declaration of unconstitutionality, and a permanent injunction barring enforcement of Md. Code Ann., Crim. Law § 4-111's bans on carrying a handgun on the grounds of a primary or secondary school; in a health care facility; in a building or part of a building owned or leased by state or local government; in a location licensed to sell or dispense alcohol for on-site consumption; in a stadium; in a museum; in a racetrack; in an amusement park; and in a video lottery facility. Plaintiffs further seek summary judgment, declaratory relief, and a permanent injunction barring Defendants from enforcing Md. Code Ann., Crim. Law § 6-411(a)(6) & (d). Plaintiffs further seek summary judgment, declaratory relief, and a permanent injunction barring enforcement of Maryland's bans on carrying a handgun: in state parks, state forests, and Chesapeake Forest Lands, COMAR 08.07.06.04, 08.07.01.04 &

08.01.07.14; on public transit owned or controlled by the Maryland Mass Transit Administration or operated by a private company under contract to the Administration, Md. Code Ann., Transp. § 7-705(b)(6); at welcome centers, rest areas, scenic overlooks, roadside picnic areas, and other public use areas within interstate and State highway rights-of-way, COMAR 11.04.07.12; COMAR 11.04.07.01; On the grounds of public school property, Md. Code Ann., Crim. Law § 4-102(b); on property of state public buildings, improvements, grounds, and multiservice centers under the jurisdiction of the Department of General Services, COMAR 04.05.01.01 & 04.05.01.03; in the Camden Yards Sports Complex, COMAR 14.25.01.01(B)(14) & 14.25.02.06; in a video lottery facility, COMAR 36.03.10.48; and at a demonstration in a public place (or in a vehicle that is within 1,000 feet of a demonstration in a public place) after being ordered by a law enforcement officer not to carry a handgun in that location, Md. Code Ann., Crim. Law § 4-208(b)(2).

Dated: July 3, 2023

        Respectfully submitted,

        /s/ *John Parker Sweeney*
        John Parker Sweeney (Bar No. 08761)
        James W. Porter, III (Bar No. 19416)
        Marc A. Nardone (Bar No. 18811)
        Connor M. Blair (Bar No. 20985)
        Bradley Arant Boult Cummings LLP
        1615 L Street N.W., Suite 1350
        Washington, D.C. 20036
        Phone: 202-393-7150
        Facsimile: 202-347-1684
        jsweeney@bradley.com

        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2023, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)