# Exhibit 9

ASPEN CASEBOOK SERIES

JOHNSON
KOPEL
MOCSARY
WALLACE
KILMER

# FIREARMS LAW AND THE SECOND AMENDMENT

## Regulation, Rights, and Policy

*Third Edition*


ASPEN PUBLISHING

# Firearms Law and the Second Amendment

## Regulation, Rights, and Policy

**Third Edition**

**Nicholas J. Johnson**
*Professor of Law*

*Fordham University School of Law*

**David B. Kopel**
*Adjunct Professor of Law*

*University of Denver Sturm College of Law*

**George A. Mocsary**
*Professor of Law*

*University of Wyoming College of Law*

**E. Gregory Wallace**
*Professor of Law*

*Campbell University School of Law*

**Donald Kilmer**
*Professor of Law*

*Lincoln Law School of San Jose*



Copyright © 2021 Aspen Publishing. All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or utilized by any information storage or retrieval system, without written permission from the publisher. For information about permissions or to request permissions online, visit us at www.AspenPublishing.com.

p. iv

To contact Customer Service, e-mail customer.service@aspenpublishing.com, call 1-800-950-5259, or mail correspondence to:

Aspen Publishing

Attn: Order Department

PO Box 990

Frederick, MD 21705

Printed in the United States of America.

1 2 3 4 5 6 7 8 9 0

Print ISBN 978-1-5438-2681-4

Connected eBook ISBN 978-1-5438-4942-4

Library of Congress Cataloging-in-Publication Data

Names: Johnson, Nicholas J., author. | Kopel, David B., author. | Mocsary, George A., author. | Wallace, E. Gregory, author. | Kilmer, Donald, author.

Title: Firearms law and the Second Amendment : regulation, rights, and policy / Nicholas J. Johnson, Professor of Law, Fordham University School of Law; David B. Kopel, Adjunct Professor of Law, University of Denver Sturm College of Law; George A. Mocsary, Professor of Law, University of Wyoming College of Law; Gregory Wallace, Professor of Law, Campbell University School of Law; Donald Kilmer, Professor of Law, Lincoln Law School of San Jose.

Description: Third edition. | Frederick, MD : Aspen Publishing, 2021. | Series: Aspen casebook series | Includes bibliographical references and index. | Summary: "Casebook for courses that would cover firearms law" — Provided by publisher.

Identifiers: LCCN 2021023912 | ISBN 9781543826814 (hardcover) | ISBN 9781543826821 (ebook)

Subjects: LCSH: Firearms — Law and legislation — United States — History. | United States. Constitution. 2nd Amendment. | Gun control — United States. | LCGFT: Casebooks (Law)

Classification: LCC KF3941 .J64 2021 | DDC 344.7305/33--dc23 LC record available at https://lccn.loc.gov/2021023912

Printed by clamar@bradley.com from CasebookConnect.com for personal use only. Redistribution is strictly prohibited.

Chapter 23: The Evolution of Arms Technology
p. 2183
Chapter 23

# The Evolution of Firearms Technology from the Sixteenth Century to the Twenty-First Century

*This is online Chapter 23 of the third edition of the law school textbook* Firearms Law and the Second Amendment: Regulation, Rights, and Policy *(3d ed. 2021), by Nicholas J. Johnson, David B. Kopel, George A. Mocsary, E. Gregory Wallace, and Donald Kilmer.*

*All of the online chapters are available at no charge from either [https://www.wklegaledu.com/Johnson-SecondAmendment3](https://www.wklegaledu.com/Johnson-SecondAmendment3) or from the book's separate website, [firearmsregulation.org](firearmsregulation.org). These chapters are:*

17.
*Firearms Policy and Status. Including race, gender, age, disability, and sexual orientation.*
18.
*International Law. Global and regional treaties, self-defense in classical international law, modern human rights issues.*
19.
*Comparative Law. National constitutions, comparative studies of arms issues, and case studies of individual nations.*
20.
*In-Depth Explanation of Firearms and Ammunition. The different types of firearms and ammunition. How they work. Intended to be helpful for readers who have little or no prior experience, and to provide a brief overview of more complicated topics.*
21.
*Antecedents of the Second Amendment. Self-defense and arms in global historical context. Confucianism, Taoism, Greece, Rome, Judaism, Christianity, European political philosophy.*
22.
*Detailed coverage of arms rights and arms control in the United Kingdom from the ninth century to the early twentieth century. A more in-depth examination of the English history from Chapter 2.*
23.
*This chapter.*
p. 2184

*Note to teachers: Chapter 23, like all of the online chapters (and like the printed Chapters 1 through 16), is copyrighted. You may reproduce this online Chapter 23 without charge for a class, and you may have it printed for students without charge. We ask that you notify the authors of such use via one of the email addresses provided on the public website for this textbook. Of course, you may choose to use only selected pages, and you may supplement this chapter with materials you choose. However, this chapter may not be electronically altered or modified in any way.*

This Chapter describes how the technology of firearms, accessories, and other personal arms developed from early modern England to the present. While technological history was covered in Chapters 2 through 16 of the textbook, this Chapter provides more detail and context, including how the invention of mass production techniques for firearms led to dramatic changes in the American economy.

**2. The Flintlock, the Brown Bess Musket, and Fowlers**

Early in the seventeenth century, a much-improved version of the wheellock was invented: the *flintlock.* In the flintlock, the gunpowder is ignited by flint striking a piece of steel and producing sparks. A matchlock took 43 steps to reload, but a flintlock needed only 26. Flintlocks were mechanically simpler than wheellocks, and so could be manufactured more affordably. Flintlocks reduced *misfires* (failure to ignite) p. 2190by 40 percent. A well-trained user could fire up to five shots per minute, depending on the gun.11

Collectively, the wheellock, the flintlock, and intermediate types (latter sixteenth-century proto-flintlocks such as the *snaphaunce*) were called *firelocks*.12 Unlike a matchlock, a firelock is capable of igniting gunpowder by itself, with no need for an external source of fire. Whereas a long gun matchlock is held against the user's chest, a firelock's buttstock can be brought to the shoulder. Shouldering improves the gun's stability and puts the user's sight line on the same line as the barrel, thus improving accuracy. The disadvantage of firelocks compared to matchlocks is their greater number of small internal parts, making them less durable under hard use.13 As seen in Chapters 3 through 5, the word "firelock" often appears in American colonial and Early Republic firearms legislation.

Printed by clamar@bradley.com from CasebookConnect.com for personal use only. Redistribution is strictly prohibited.



This snaphaunce pistol is an early type of flintlock. It was manufactured in northern Italy in the sixteenth century by Beretta, perhaps the world's oldest continuously operating business enterprise, established in 1526. Note the folding stock on the pistol, allowing for concealed carry under a cloak. Today, a gun with a barrel under 16 inches and stock is classified as a short-barreled rifle (SBR), and subject to special restrictions pursuant to the National Firearms Act of 1934. Ch. 8.E.2.d.

For either firelocks or matchlocks, once the powder and ammunition have been loaded, the user might tap on the gun's exterior, so that a few grains of powder in the flash pan fall into the touch hole. This is the origin of "knock on wood" for good luck.

## p. 2191

Until the Glorious Revolution in 1688, the British government had been relatively slow in adopting flintlocks, compared to the Continent. Afterward, new King William III began to make the flintlock the main military arm in England. In the early eighteenth century, General John Churchill was responsible for the adoption of what became the standard military flintlock musket: the .75 caliber Brown Bess.[14]

Due to the necessities of hunting and Indian-fighting, Americans made the transition from matchlocks to flintlocks much sooner than the British did.[15] In Great Britain, only the upper class could legally hunt, but in America anyone could. Chs. 2-3.

Like its predecessor the arquebus, the musket is a long gun that has a smooth *bore* (the interior of the barrel). If the bore is not smooth, but instead has spiral grooves, *rifling*, the firearm is a *rifle*, not a classic musket. The rifling makes the bullet spin on its horizontal access, and thereby improves aerodynamic stability. Especially at a distance, a gun with rifling is much more accurate than a smoothbore. Today, most modern shotguns have smooth bores, whereas rifles and handguns have rifled barrels.

The smoothbore Brown Bess was not accurate, but it did not need to be. The standard European fighting method of the time involved massed lines of infantry, so a high rate of fire in the enemy's general direction was sufficient. The Brown Bess remained the main service firearm of the British army and militia until well into the nineteenth century.[16]

Printed by clamar@bradley.com from CasebookConnect.com for personal use only. Redistribution is strictly prohibited.



This Brown Bess musket was captured and used by Americans during the American Revolution.

p. 2192

Printed by clamar@bradley.com from CasebookConnect.com for personal use only. Redistribution is strictly prohibited.



A close-up of the lock of a Brown Bess flintlock. The sharpened piece of flint is held in the jaws of the hammer, which are tightened by a screw. When the trigger is pulled, the hammer falls forward to strike the frizzen (the L-shaped piece of steel on the right, also known as the battery). The sparks fall onto the flash pan to ignite the gunpowder. The flame then travels inside the gun, via the touch hole, and ignites the main powder charge.

Another very common firearm was the fowling piece, for bird hunting. Like the Brown Bess, it was a smoothbore long gun. The difference was that the fowling piece barrel was lighter and its muzzle was slightly flared to increase the velocity of the birdshot.[17] As the American fowler evolved, influenced by the English and by immigrant French Huguenot gunsmiths, "[t]he result was the development of a unique variety of American long fowler. These American long guns served as an all-purpose firearm. When loaded with shot, they were suited to hunt birds and small game, and when loaded with a ball, they could provide venison for the table. In times of emergency, they were needed for militia, and more than a few saw service in the early colonial wars as well as the Revolution."[18] The modified Dutch fowlers were the first distinctively American firearms.[19]

p. 2193

Printed by clamar@bradley.com from CasebookConnect.com for personal use only. Redistribution is strictly prohibited.



This Dutch fowler from about 1680 is typical of the long guns that were first introduced to the Hudson Valley when it was part of New Netherland.

In the period before the Revolution, most American gunsmiths used imported locks.[20] The *lock*, or *action*, is the mechanism that contains the trigger and other components that fire the gun. The use of recycled parts was also common.[21] So, for example, a damaged fowling piece might be repaired with some lock parts scavenged from a musket. Thus, the musket versus fowler categories should not be viewed as rigidly divided in America. There were many hybrids.[22] The variety of American firearms and edged weapons was further increased because America at all times, including after the Revolution, was a major export market for older, surplus European arms — not only from the United Kingdom, but also from Germany, France, Spain, and the low countries; to these would be added firearms scavenged from the various European armies that fought in colonial wars or the American Revolution.[23] During the Revolution, many fowling pieces were employed as militia arms. Ideally, although not always in practice, they would be retrofitted to allow for the attachment of a bayonet.[24] As a British officer noted after the battles of p. 2194Lexington and Concord in 1775, "These fellows were generally good marksmen, and many of them used long guns made for Duck-Shooting."[25]

Whatever the specifics of any state or colony's arms requirements, Americans went to war with a very wide variety of personal arms, not always necessarily in precise compliance with the narrowest definitions of arms that might appear in a militia equipment statute. At Valley Forge in 1777, Baron von Steuben was encamped with the Continental Army, most of whose members had brought their personal firearms to service. Von Steuben observed that "muskets, carbines, fowling pieces, and rifles were found in the same company."[26]

Before pulling the trigger on a flintlock or wheellock, the user must use his or her thumb to pull the hammer all the way to a back position. A hammer that is ready to fire is *cocked*.[27] Dutch guns made for the Indian trade were among the first to allow for a *half-cock* position, which could be maintained indefinitely. Having the gun half-cocked made it faster to fire in an emergency.[28] The *sear* is a ratcheted device that holds the hammer in either fully cocked or half-cocked position. "Going off half-cocked" literally indicates a defective or worn-out sear, and metaphorically describes rash action without proper preparation.

All of the guns pictured above are smoothbores, except for John Alden's carbine rifle. Rifled arms were insignificant in England during the eighteenth century, but very important in America, as described below.