## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Susannah Warner Kipke et al      *

**Plaintiff,**

     * 

**v.**      Case No. 1:23-cv-1293-GLR

## Wes Moore et al

     *

**Defendant.**      *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendants**

I certify that I am admitted to practice in this Court.

**07/10/2023**

Date

Signature

**Ryan Dietrich 27945**

Printed name and bar number

**200 St. Paul Place Baltimore MD 21202**

Address

**rdietrich@oag.state.md.us**

Email address

**410-576-6300**

Telephone number

Fax number

EntryofAppearanceCivil (08/2015)