UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE NOVOTNY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> WESTLEY MOORE, et al., <br><br> *Defendants.* | Case No.: 1:23-cv-01295 |

**[[PROPOSED ORDER]]**

1. Having reviewed Plaintiffs' Motion for Briefing Schedule, IT IS HEREBY ORDERED that:

2. Plaintiffs' Motion is GRANTED.

3. The briefing schedule on Plaintiffs' Motion for Summary Judgment is as follows: Defendants' Opposition/Cross-Motion is due July 28, 2023; Plaintiffs' Reply/Opposition is due August 18, 2023; and Defendants' Reply is due September 8, 2023.

So ordered this _____ day of _____, 2023

                                                                                           HON. GEORGE LEVI RUSSELL, III
                                                                                           United States District Judge
                                                                                           District of Maryland