IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   No. 1:23-cv-01293-GLR |
| WESTLEY MOORE, *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Consent Motion for Leave to File Memorandum of Law Exceeding Page Limits (the "Consent Motion") filed by defendants, it is this 21st day of July, 2023, by the United States District Court for the District of Maryland hereby

ORDERED that the Consent Motion is GRANTED; and it is further

ORDERED that defendants are permitted to file one memorandum of law of up to 100 pages in response to the Kipke plaintiffs' motion for preliminary injunction and the Kipke plaintiffs' motion for summary judgment and in support of defendants' cross-motion for summary judgment.

                                                                                 /s
                                          _____
                                          George L. Russell, III
                                          United States District Judge