IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, ET AL., | * |
| *Plaintiffs*, | * |
| v. | * No. 1:23-cv-01293-GLR |
| | * |
| WESLEY MOORE, ET AL., | * |
| *Defendants*. | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File Reply (the "Motion"), it is this 21st day of July, 2023, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for defendants to file their reply in further support of their motion to dismiss the Novotny complaint is extended to August 2, 2023.

_____/s_____
George L. Russell, III
United States District Judge