# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *    No. 1:23-cv-01293-GLR |
| WES MOORE, *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Governor Westley Moore and Roland L. Butler, Jr., all sued in their official capacities, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment as to all claims in the complaint filed against them by plaintiffs. The grounds for instant motion are set forth in defendants' Consolidated Memorandum of Law in Support of Motion for Summary Judgment, Opposition to Plaintiffs' Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for a Preliminary Injunction filed herewith and incorporated by reference herein.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter summary judgment in favor of defendants on all claims in the complaint and that the Court grant such other and further relief as may be appropriate.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland


/s/ Robert A. Scott

_____

ROBERT A. SCOTT
Federal Bar No. 24613
RYAN R. DIETRICH
Federal Bar No. 27945
JAMES N. LEWIS
Federal Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

July 28, 2023                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 28th day of July, 2023 the foregoing was served, along with an accompanying memorandum of law and proposed order, by CM/ECF on all registered CM/ECF users.

/s/ Robert A. Scott
_____
Robert A. Scott