# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHERINE NOVOTNY, ET AL., *

    Plaintiffs, *

v. * No. 1:23-cv-01295-GLR

WESLEY MOORE, ET AL., *

    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DECLARATION OF THOMAS RANDALL

Thomas Randall deposes and states as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am employed as the Director of Treasury for the Maryland Transit Administration (the "MTA").

3. The MTA operates public mass transit systems through the State of Maryland, including buses, a subway, light rail system and commuter trains.

4. The MTA provides free transportation to and from school and school-related activities to eligible students of the Baltimore City Public School system.

5. For the 2022-23 school year, the MTA provided 30,000 plastic Smartcard passes for use by Baltimore City Public School students to ride MTA transit vehicles to and from school. These passes are valid for the whole school year.

6. In addition, MTA provided another 330,000 paper passes good for one month for use by Baltimore City Public School students to ride MTA transit vehicles to and from school.

7. Based on activity through April, 2023, MTA will have recorded approximately 134,000 rides by Baltimore City Public School students for the 2022-23 school year. There are many additional unrecorded rides because students are often permitted to ride by simply flashing their pass and no electronic transaction is recorded.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

_____  
Thomas Randall

June 23, 2023  
Date