IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KATHERINE NOVOTNY, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:23-cv-01295-GLR |
| WESTLEY MOORE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO THE *NOVOTNY* PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Governor Westley Moore, Roland L. Butler, Jr., Alison Healey, Scott D. Shellenberger, Ivan J. Bates, Paul J. Wiedefeld, and Joshua Kurtz, all sued in their official capacities, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment as to all claims in the complaint filed against them by the *Novotny* plaintiffs, and state as follows:

1. On May 16, 2023, the *Novotny* plaintiffs filed a complaint in this Court, asserting four claims under the Second Amendment of the United States Constitution. (No. 1:23-cv-1295-GLR, ECF 1.)

2. On May 24, 2023, the *Novotny* plaintiffs moved this Court to preliminarily enjoin enforcement of all the restrictions challenged in their complaint. (No. 1:23-cv-1295-GLR, ECF 24.)

3. On June 28, 2023, defendants filed a motion to dismiss. (No. 1:25-cv-1293-GLR, ECF 36.) Defendants supported the motion with an accompanying memorandum of

law, in which defendants also opposed the *Novotny* plaintiffs' motion for preliminary injunction.  (No. 1:23-cv-1295-GLR, ECF 36-1.)

4. On July 12, 2023, the *Novotny* plaintiffs filed a consolidated reply memorandum in support of motion for preliminary injunction and memorandum in opposition to defendants' motion to dismiss.  (No. 1:23-cv-1295-GLR, ECF 38).

5. On July 20, 2023, the *Novotny* plaintiffs filed a motion for summary judgment. (ECF 18.)[1]  In their motion, the *Novotny* plaintiffs incorporated and relied on the arguments in their (1) memorandum in support of motion for preliminary injunction (No. 1:23-cv-1295-GLR, ECF 24-1), and (2) consolidated reply memorandum in support of motion for preliminary injunction and memorandum in opposition to defendants' motion to dismiss (No. 1:23-cv-1295-GLR, ECF 38).

6. On August 2, 2023, defendants filed a reply memorandum in support of their motion to dismiss the *Novotny* complaint.  (ECF 22.)

7. In support of their motion for summary judgment, and in lieu of a separate memorandum, defendants hereby incorporate and rely on the arguments made in their (1) consolidated memorandum of law in support of their motion to dismiss the *Novotny* complaint and opposition to the *Novotny* plaintiffs' motion for preliminary injunction (No. 1:23-cv-1295-GLR, ECF 36-1), and (2) reply memorandum in support of motion to dismiss the *Novotny* complaint (ECF 22.)

---

[1] On July 13, 2023, this case was combined with a related case, *Kipke v. Moore*, No. 1:23-cv-1293-GLR (D. Md.).  (ECF 15.)  The *Kipke* case was designated as the lead case.

8. In opposition to the *Novotny* plaintiffs' motion for summary judgment (ECF 18), defendants hereby incorporate and rely on the arguments made in their (1) consolidated memorandum of law in support of their motion to dismiss the *Novotny* complaint and opposition to the *Novotny* plaintiffs' motion for preliminary injunction (No. 1:23-cv-1295-GLR, ECF 36-1), and (2) reply memorandum in support of motion to dismiss the *Novotny* complaint (ECF 22.)

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter summary judgment in favor of defendants on all claims in the *Novotny* complaint, that the Court deny the *Novotny* plaintiffs' motion for summary judgment, and that the Court grant such other and further relief as may be appropriate.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Robert A. Scott
_____
ROBERT A. SCOTT
Federal Bar No. 24613
RYAN R. DIETRICH
Federal Bar No. 27945
JAMES N. LEWIS
Federal Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

August 3, 2023                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 3rd day of August, 2023 the foregoing was served, along with a proposed order, by CM/ECF on all registered CM/ECF users.

/s/ Robert A. Scott

_____

Robert A. Scott