IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHERINE NOVOTNY, *et al.*,           *

    *Plaintiffs*,                              *

    v.                                          *   No. 1:23-cv-01295-GLR

WESTLEY MOORE, *et al.*,               *

    *Defendants*.                              *

   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of defendants' motion for summary judgment and any opposition thereto, it is this _____ day of _____ 2023, by the United States District Court for the District of Maryland:

**ORDERED** that defendants' motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to enter judgment in favor of defendants on all counts of the complaint.

_____
George L. Russell, III
United States District Judge