IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al. | ) |
| | ) |
|     *Plaintiffs,* | ) |
| | ) |
|     v. | )    No. 1:23-cv-01293-GLR |
| | ) |
| WES MOORE, in his official capacity | ) |
| as Governor of Maryland, et al. | ) |
| | ) |
|     *Defendants.* | ) |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE CONSOLIDATED BRIEF**

The *Kipke* Plaintiffs ("Plaintiffs"), through undersigned counsel, and with the consent of Defendants, hereby move for leave to file a 45-page consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 13), Response in Opposition to Defendants' Cross-Motion for Summary Judgment (ECF No. 21), and Reply in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 12).

    1.    The Court ordered Plaintiffs to file a Reply in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 12) by no later than August 11, 2023. (*See* ECF No. 15 at 3). Local Rule 105.3 limits that brief to 15 pages.

    2.    The Court also ordered Plaintiffs to file a consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 13) and Response in Opposition to Defendants' Cross-Motion for Summary Judgment (ECF No. 21) by no later than August 18, 2023. (*See* ECF No. 15 at 3). Local Rule 105.3 appears to limit that brief to 45 pages.

    3.    With consent of Defendants, and in order to simplify the issues before the Court, Plaintiffs respectfully request leave to file a single brief, limited to 45 pages, that serves as a Reply in Support of Plaintiffs' Motion for Summary Judgment, Response in Opposition to Defendants'

Cross-Motion for Summary Judgment, and Reply in Support of Plaintiffs' Motion for Preliminary Injunction, on Friday, August 11, 2023.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that the Court grant leave to allow Plaintiffs to file a 45-page consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment, Response in Opposition to Defendants' Cross-Motion for Summary Judgment, and Reply in Support of Plaintiffs' Motion for Preliminary Injunction by no later than August 11, 2023.

    Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
Connor M. Blair (Bar No. 20985)
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Dated: August 9, 2023    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2023, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)