# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al. | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) No. 1:23-cv-01293-GLR |
| | ) |
| WES MOORE, in his official capacity | ) |
| as Governor of Maryland, et al. | ) |
| | ) |
| *Defendants.* | ) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Leave to File Consolidated Brief, Plaintiffs' Motion is **GRANTED**. It is this 10th day of August, 2023 hereby **ORDERED** that Plaintiffs may file a consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 13), Response in Opposition to Defendants' Cross-Motion for Summary Judgment (ECF No. 21), and Reply in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 12), limited to 45 pages, by no later than August 11, 2023.

/s/
George L. Russell, III
United States District Court Judge