# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-01293-GLR |
| ) | |
| WES MOORE, in his official capacity ) | Supplemental Declaration of |
| as Governor of Maryland, et al. ) | Susannah Kipke |
| ) | |
| Defendants. ) | |

### SUPPLEMENTAL DECLARATION OF SUSANNAH KIPKE

I, Susannah Kipke, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I hereby incorporate by reference, as if fully set forth herein, each of the paragraphs of my original declaration, submitted in *Kipke, et al. v. Moore, et al.*, No. 1:23-cv-01293-GLR (D. Md.).

2. When participating in a public demonstration, such as the yearly demonstration in Lawyers Mall in Annapolis as part of my membership of Maryland Families for Safe Birth, but for my fear of prosecution I would not leave the area even after being advised by a law enforcement officer that a demonstration is occurring and being ordered by the law enforcement officer to leave the areas of the demonstration until I dispose of my firearm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of August, 2023.

*Susannah Kipke*
Susannah Kipke