IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-23-1293 |
| WES MOORE, et al., | * | Member Case: GLR-23-1295 |
| Defendants. | * | |

***

# **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of September, 2023 by the United States District Court for the District of Maryland, hereby:

ORDERED that Plaintiffs' Motions for Preliminary Injunction (<u>Kipke et al. v. Moore et al.</u>, ("<u>Kipke</u>"), No. GLR-23-1293, ECF No. 12); <u>Novotny et al. v. Moore et al.</u>, ("<u>Novotny</u>"), No. GLR-23-1295, ECF No. 24) are GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that the Motions for Prelminary Injunction are GRANTED as to the claims to enjoin enforcement of Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol, to be codified as Md. Code Ann., (2023), Crim. Law § 4-111(a)(2)(8)(i) ; (2) private buildings or property without the owner's consent, to be codified at Md. Code Ann., (2023), Crim. Law § 6-411); and within 1,000 feet of a public demonstration, Md. Code Ann., (2016), Crim. Law § 4-208.

IT IS FURTHER ORDERED that State Defendants are ENJOINED from enforcing these laws;

IT IS FURTHER ORDERED that the Motions for Preliminary Injunction are DENIED in all other respects;

IT IS FURTHER ORDERED that State Defendants' Motion to Dismiss (Novotny, ECF No. 36) is DENIED without prejudice;

IT IS FURTHER ORDERED that the Motions for Summary Judgment (Kipke, ECF Nos. 13, 18, 21, 23). are DENIED without prejudice;

IT IS FURTHER ORDERED that the parties shall FILE a joint status report within 14 days of this Order to inform the Court:

1. Whether any party plans to seek an interlocutory appeal and/or to file answers to the Complaints;

2. Whether the parties wish to participate in discovery, and if so, the parties shall submit a proposed scheduling order and new motions' deadline;

3. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings;

4. Whether the parties would like would like to participate in a settlement conference;

5. Of any other matter they wish to bring to the Court's attention.

/s/
George L. Russell, III
United States District Judge