IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUSANNAH WARNER KIPKE, *et al.*,        *

    *Plaintiffs*,                                    *

    v.                                                      *   No. 1:23-cv-01293-GLR

WES MOORE, *et al.*,                              *

    *Defendants*.                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Relief from Order (the "Motion"), any response thereto, any argument thereon, and all matters of record, it is this 2nd day of October, 2023, by the United State District Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the orders entered in the *Kipke* Lawsuit (ECF 32) and the *Novotny* Lawsuit (ECF 41) shall be modified to state, in relevant part: "IT IS FURTHER ORDERED that the Motions for Preliminary Injunction are GRANTED as to the claims to enjoin enforcement of Maryland's laws restricting the carrying of firearms in . . . (2) private buildings or property without the owner's consent, to be codified at Md. Code Ann., (2023), Crim. Law § 6-411(d) . . . ."

                                                          /s/
                                               George L. Russell, III
                                               United States District Judge