IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, *et al.*,  )  <br> ) <br> *Plaintiffs,*  ) <br> ) <br> v.  ) <br> ) <br> ) <br> WES MOORE, in his official capacity  ) <br> as Governor of Maryland, *et al.*,  ) <br> ) <br> *Defendants.*  ) | Case No. 1:23-cv-01293-GLR <br> Member Case: 1:23-cv-1295-GLR |

## JOINT STATUS REPORT

The *Kipke* Plaintiffs, *Novotny* Plaintiffs, and State Defendants respectfully submit this Joint Status Report in response to the Court's Order of September 29, 2023. (ECF No. 32). The Court ordered the parties to respond jointly to five questions. (*Id.* at 2). The parties respond as follows:

1. **Whether any party plans to seek an interlocutory appeal and/or to file answers to the Complaints**

    **Response:** No party plans to seek an interlocutory appeal of this Court's Memorandum Opinion and Order. (ECF Nos. 31, 32). State Defendants filed an answer to the *Novotny* Complaint on October 12, 2023. (*See* ECF No. 36, Case No. 1:23-cv-1293-GLR).

2. **Whether the parties wish to participate in discovery, and if so, the parties shall submit a proposed scheduling order and new motions' deadline**

    **Response:** No party wishes to participate in discovery.

3. **Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings**

    **Response:** The parties object to having the case transferred to a U.S. Magistrate Judge.

4. **Whether the parties would like to participate in a settlement conference**

    **Response:** The parties do not wish to participate in a settlement conference.

1

5.     **Of any other matters they wish to bring to the Court's attention**

**Response:** The parties request that the Court rule on the parties' cross-motions for summary judgment. (ECF Nos. 13, 18, 21, 23). Because the Court "DENIED without prejudice" all motions for summary judgment, (ECF No. 32 at 2), the parties respectfully request that the Court construe this Joint Status Report as a request to renew all motions for summary judgment, including all materials filed in support of such motions. The parties do not intend to file any additional briefing on summary judgment.

Dated: October 13, 2023                               Respectfully submitted,

*/s/ John Parker Sweeney*                             */s/ Mark W. Pennak*
John Parker Sweeney (Bar No. 08761)                   Mark W. Pennak (Bar No. 21033)
James W. Porter, III (Bar No. 19416)                  LAW OFFICES OF MARK W. PENNAK
Marc A. Nardone (Bar No. 18811)                       7416 Ridgewood Ave.
Connor M. Blair (Bar No. 20985)                       Chevy Chase, MD 20815
BRADLEY ARANT BOULT CUMMINGS LLP                      Phone: (301) 873-3671
1615 L Street N.W., Suite 1350                        mpennak@marylandshallissue.org
Washington, D.C. 20036
Phone: (202) 393-7150                                 David H. Thompson (admitted *pro hac vice*)
jsweeney@bradley.com                                  Peter A. Patterson (admitted *pro hac vice*)
jporter@bradley.com                                   COOPER & KIRK, PLLC
mnardone@bradley.com                                  1523 New Hampshire Ave., N.W.
cblair@bradley.com                                    Washington, D.C. 20036
                                                      Phone: (202) 220-9600
*Attorneys for Kipke Plaintiffs*                      dthompson@cooperkirk.com
                                                      ppatterson@cooperkirk.com

                                                      *Attorneys for Novotny Plaintiffs Katherine*
                                                      *Novotny, Sue Burke, Esther Rossberg, Maryland*
                                                      *Shall Issue, Inc., Second Amendment*
                                                      *Foundation, and Firearms Policy Coalition*


                                                      ANTHONY G. BROWN
                                                      Attorney General of Maryland

*/s/ Matthew Larosiere*                               */s/ Robert A. Scott*
Matthew Larosiere (admitted *pro hac vice*)           Robert A. Scott (Bar No. 24613)
THE LAW OFFICE OF MATTHEW LAROSIERE                   Ryan R. Dietrich (Bar No. 27945)
6964 Houlton Circle                                   James N. Lewis (Bar No. 30220)
Lake Worth, FL 33467                                  Assistant Attorney General
Phone: (561) 452-7575                                 Office of the Attorney General
larosieremm@gmail.com                                 200 Saint Paul Place, 20th Floor
                                                      Baltimore, Maryland 21202
*Attorney for Novotny Plaintiff Maryland*             Phone: (410) 576-7055
*Shall Issue, Inc.*                                   rscott@oag.state.md.us

                                                      *Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October 2023, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)