IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-23-1293<br>Member Case: GLR-23-1295 |
| WES MOORE, et al., | * | |
| Defendants. | * | |

\*\*\*

**<u>ORDER</u>**

The Court has reviewed the parties' status report (ECF No. 37), which requests that the Court renew the Motions for Summary Judgment. Accordingly, it is this 17th day of November, 2023 by the United States District Court for the District of Maryland, hereby:

ORDERED that the Clerk shall RENEW the Motions for Summary Judgment (ECF Nos. 13, 18, 21, 23).

/s/
George L. Russell, III
United States District Judge