IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE NOVOTNY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WESLEY MOORE, in his official capacity as Governor of Maryland, *et al.*, <br><br> *Defendants.* | No. 1:23-cv-1293-GLR (L) <br> No. 1:23-cv-1295-GLR |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully provide notice of supplemental authority related to this Court's consideration of the parties' cross-motions for summary judgment. On November 21, 2023, the Fourth Circuit issued the attached opinion in *Maryland Shall Issue, Inc. v. Moore*, Nos. 21-2017, 21-2053, 2023 WL 8043827 (4th Cir. Nov. 21, 2023). This opinion is relevant to the issues before the Court for three reasons. First, the Fourth Circuit looked to the Founding era in evaluating whether Maryland presented relevantly similar analogues as defined by *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). *See id* at *8–*9. Second, the Fourth Circuit provided guidance about applying *Bruen*'s "how" and "why" metrics for evaluating whether a historical analogue is relevantly similar. *See id.* at *7. Notably, it rejected laws that burdened rights in a different way than the challenged law. *See id.* at *8–*9. Third, the Fourth Circuit cited approvingly its prior decision in *Hirschfeld v. ATF*, 5 4th 407 (4th Cir. 2021), which Plaintiffs cite, *see* Reply Br. at 11, Doc. 38, as confirming that the Founding era is the critical period for assessing the Second Amendment's historical meaning, *see Maryland Shall Issue*, 2023

WL 8043827, at *8. *Maryland Shall Issue* is the first Fourth Circuit decision to apply *Bruen* and it supports Plaintiffs' positions in this case.

Dated: November 21, 2023

/s/ Mark W. Pennak
Mark W. Pennak (Bar ID# 21033)
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd
Ste C #1015
Baltimore, MD 21234-21502
Tel: (301) 873-3671
mpennak@marylandshallissue.org

*Attorney for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

Matthew Larosiere*
THE LAW OFFICE OF MATTHEW LAROSIERE
6964 Houlton Circle
Lake Worth, FL 33467
Tel: (561) 452-7575
larosieremm@gmail.com
*Admitted *pro hac vice*

*Attorney for Plaintiff Maryland Shall Issue, Inc.*

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*

**CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 21st of November, 2023.

>Respectfully submitted,
>
>*/s/ Mark W. Pennak*
>Mark W. Pennak