IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUSANNAH WARNER KIPKE, ET AL.,     *

        *Plaintiffs*,     *

        v.     *     No. 1:23-cv-01293-GLR

    *

WES MOORE, ET AL.,     *

        *Defendants*.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

In filings dated November 21, 2023 (ECF 39) and November 28, 2023 (ECF 40), plaintiffs alerted this Court to the Fourth Circuit's decision in *Maryland Shall Issue v. Moore*, No. 21-2107 (4th Cir. Nov. 21, 2023), which declared unconstitutional Maryland's handgun qualification license statute.

Plaintiffs claim that the reasoning in *Maryland Shall Issue* supports their theory in this litigation that only laws from the Founding Era should be considered when deciding whether a law is consistent with the nation's historical tradition of firearms regulation. Plaintiffs' interpretation is incorrect. *Maryland Shall Issue* does not hold that only Founding Era laws are to be considered under *New York State Rifle and Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). In fact, the case does not even address that issue.

Accordingly, *Maryland Shall Issue* does not lend further support to plaintiffs' argument on this point on summary judgment, nor does it undercut this Court's reasoning in its prior decision denying in part plaintiffs' motions for preliminary injunctive relief. In any event, appellees have filed a petition for rehearing en banc in *Maryland Shall Issue*, thereby staying the mandate in that case.[1]

As set forth in defendants' extensive summary judgment briefing in this case, Maryland's laws and regulations prohibiting the carrying of firearms in sensitive places are consistent with the Nation's historical tradition of firearms regulation and do not violate the Second Amendment.

---

[1] On December 6, 2023, the Fourth Circuit requested a response from appellants.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANTHONY G. BROWN<br>Attorney General of Maryland |
|  | /s/ Ryan R. Dietrich<br>_____ |
|  | ROBERT A. SCOTT<br>Federal Bar No. 24613<br>RYAN R. DIETRICH<br>Federal Bar No. 27945<br>JAMES N. LEWIS<br>Federal Bar No. 30220<br>Assistant Attorneys General<br>200 Saint Paul Place<br>20th Floor<br>Baltimore, Maryland  21202<br>rscott@oag.state.md.us<br>410-576-7055 |
| December 7, 2023 | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I certify that, on 7th day of December, 2023, the foregoing was filed electronically and served on counsel of record, who are registered CM/ECF users.

/s/ Ryan R. Dietrich
_____
Ryan R. Dietrich