IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHERINE NOVOTNY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WESLEY MOORE, in his official capacity as Governor of Maryland, *et al.*, <br><br> *Defendants.* | No. 1:23-cv-1293 GLR (L) <br> No. 1:23-cv-1295 GLR |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully provide notice of supplemental authority related to this Court's consideration of the parties' cross-motions for summary judgment. On December 5, 2023, the District Court of New Mexico issued the attached opinion in *Springer v. Grisham*, No. 1:23-cv-781, 2023 WL 8436312 (D.N.M. Dec. 5, 2023). The *Springer* court, applying the framework from *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), enjoined New Mexico's ban on firearm carriage in parks, *see Springer*, 2023 WL 8436312, at *7–8—a location at issue in this lawsuit. In so doing, it rejected New Mexico's citations to laws enacted "at least 20 years after the enactment of the Fourteenth Amendment," finding them not probative to the scope of the Second Amendment right "at or around the time it was adopted." *Springer*, 2023 WL 8436312, at *8. The *Springer* court also expressly rejected the analysis in *Maryland Shall Issue, Inc. v. Montgomery County*, No. 21-cv-1736, 2023 WL 4373260, at *11 (D. Md. July 6, 2023), especially the district court's reliance on "laws or ordinances arising in the late 19th century and early 20th century" and territorial laws. *Springer*, 2023 WL 8436312, at *8. *Springer* supports

Plaintiffs' position in this case that Maryland must present relevant Founding-era analogues supporting its restrictions. It cannot rely on analogues enacted *after* the Fourteenth Amendment's ratification and territorial or local laws to prevail under *Bruen*.

| | |
|---|---|
| Dated: December 8, 2023 | Respectfully submitted, |
| /s/ Mark W. Pennak<br>Mark W. Pennak (Bar ID # 21033)<br>MARYLAND SHALL ISSUE, INC.<br>9613 Harford Rd<br>Ste C #1015<br>Baltimore, MD 21234-21502<br>Tel: (301) 873-3671<br>mpennak@marylandshallissue.org<br><br>*Attorney for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition*<br><br>Matthew Larosiere*<br>THE LAW OFFICE OF MATTHEW LAROSIERE<br>6964 Houlton Circle<br>Lake Worth, FL 33467<br>Tel: (561) 452-7575<br>larosieremm@gmail.com<br>*Admitted *pro hac vice*<br><br>*Attorney for Plaintiff Maryland Shall Issue, Inc.* | /s/ David H. Thompson<br>David H. Thompson*<br>Peter A. Patterson*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., N.W.<br>Washington, D.C. 20036<br>Tel: (202) 220-9600<br>Fax: (202) 220-9601<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs Katherine Novotny, Sue Burke, Esther Rossberg, Maryland Shall Issue, Inc., Second Amendment Foundation, and Firearms Policy Coalition* |

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 8th day of December, 2023.

Respectfully submitted,

/s/ Mark W. Pennak
Mark W. Pennak