IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al.<br>    Plaintiffs,<br><br>v.<br><br>WES MOORE, in his official capacity<br>as Governor of Maryland, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-01293-GLR<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

Marc A. Nardone, attorney for the Plaintiffs, Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc. respectfully requests this Court to allow him to withdraw as Counsel for the Plaintiffs. As grounds for this Motion, the undersigned counsel states that he will no longer be with the firm.

Wherefore, undersigned counsel requests that this Court grant his Motion to Withdraw.

Respectfully submitted on December 28, 2023.

                                                 */s/ Marc A. Nardone*
                                                 Marc A. Nardone (Bar No. 18811)
                                                 Bradley Arant Boult Cummings LLP
                                                 1615 L Street, N.W., Suite 1350
                                                 Washington, DC 20036
                                                 P: (202) 719-8256
                                                 F: (202) 719-8356
                                                 mnardone@bradley.com

                                                 *Counsel for Plaintiffs Susannah Warner Kipke and*
                                                 *Maryland State Rifle and Pistol Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 28, 2023 a true and correct copy of the Motion to Withdraw was served via the Court's CM/ECF system to all counsel of record.

*/s/Marc A. Nardone*
Marc A. Nardone (Bar No. 18811)