# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al.<br>    Plaintiffs,<br><br>v.<br><br>WES MOORE, in his official capacity<br>as Governor of Maryland, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-01293-GLR<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Attorney Marc A. Nardone's Motion to Withdraw as Counsel for Plaintiffs, Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc. Having reviewed and considered the Motion, the Court hereby orders that the Motion is **GRANTED**. Marc A. Nardone is hereby permitted to withdraw as counsel for the Plaintiffs, Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc.

**IT IS SO ORDERED**.

_____         _____
DATE                                                                JUDGE