IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al.<br>    Plaintiffs,<br><br>v.<br><br>WES MOORE, in his official capacity<br>as Governor of Maryland, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-01293-GLR<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Attorney Marc A. Nardone's Motion to Withdraw as Counsel for Plaintiffs, Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc. Having reviewed and considered the Motion, the Court hereby orders that the Motion is **GRANTED**. Marc A. Nardone is hereby permitted to withdraw as counsel for the Plaintiffs, Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc.

**IT IS SO ORDERED**.

January 8, 2024                                          /s
_____                    _____
DATE                                                     JUDGE George L. Russell, III