|  |  |
|---|---|
|  | States Court of Appeals for the Tenth Circuit for further consideration in light of *United States* v. *Rahimi*, 602 U. S. ___ (2024). |
| 23-847 | TURTLE MOUNTAIN BAND, ET AL. V. ND LEGISLATIVE ASSEMBLY, ET AL. |
|  | The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit with instructions to dismiss the case as moot.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).  Justice Jackson, dissenting:  In my view, the party seeking vacatur has not established equitable entitlement to that remedy.  See *Acheson Hotels, LLC* v. *Laufer*, 601 U. S. 1, 18-20 (2023) (Jackson, J., concurring in the judgment). |
| 23-876 | KC TRANSPORT, INC. V. SU, ACTING SEC. OF LABOR, ET AL. |
|  | The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of *Loper Bright Enterprises* v. *Raimondo*, 603 U. S. ___ (2024). |
| 23-910 | ANTONYUK, IVAN, ET AL. V. JAMES, STEVEN G., ET AL. |
|  | The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *United States* v. *Rahimi*, 602 U. S. ___ (2024). |
| 23-913 | SOLIS-FLORES, CESAR V. GARLAND, ATT'Y GEN. |
|  | The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United |