IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-23-1293<br>Member Case: GLR-23-1295 |
| WES MOORE, et al., | * | |
| Defendants. | * | |

***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 2nd day of August, 2024 by the United States District Court for the District of Maryland, hereby:

ORDERED that Plaintiffs' Motions for Summary Judgment (ECF Nos. 13, 18) are GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that Plaintiffs' Motions for Summary Judgment are GRANTED as to the claims regarding Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol for onsite-consumption, Md. Code Ann., (2023), Crim. Law § 4-111(a)(2)(8)(i); (2) private buildings or property without the owner's consent, Crim. Law § 6-411(d); and (3) within 1,000 feet of a public demonstration, Md. Code Ann., (2016), Crim. Law § 4-208;

IT IS FURTHER ORDERED that the Court DECLARES that these three provisions violate the Second Amendment;

IT IS FURTHER ORDERED that State Defendants are ENJOINED from enforcing these laws, and any regulations, policies, and practices implementing the enjoined

provisions, as to persons who have a valid wear-and-carry permit issued by the Maryland State Police;

IT IS FURTHER ORDERED that judgment is ENTERED in favor of Plaintiffs on these three claims;

IT IS FURTHER ORDERED that Plaintiffs' Motions for Summary Judgment are DENIED in all other respects;

IT IS FURTHER ORDERED that State Defendants' Cross Motions for Summary Judgment (ECF Nos. 21, 23) are GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that State Defendants' Motions for Summary Judgment are GRANTED as to the claims regarding firearm carry restrictions in: (1) museums; (2) healthcare facilities; (3) State parks, State forests, and Chesapeake Forest Lands; (4) mass transit facilities; (5) schools and school grounds; (6) government buildings; and (7) stadiums, racetracks, amusement parks, and casinos. State Defendants' Motions for Summary Judgment are also GRANTED as to the Fourteenth Amendment Due Process and Equal Protection Claims (Counts III and IV of the Kipke Complaint);

IT IS FURTHER ORDERED that judgment is ENTERED in favor of State Defendants on those claims;

IT IS FURTHER ORDERED that State Defendants' Motions for Summary Judgment are otherwise DENIED;

3

IT IS FURTHER ORDERED that the Clerk shall CLOSE these consolidated cases.

                                                /s/
                                    George L. Russell, III
                                    United States District Judge

3