IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *    No. 1:23-cv-01293-GLR |
| WES MOORE, *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Defendants' Consent Motion for Relief from Order (the "Motion"), any response thereto, any argument thereon, and all matters of record, it is this 8th day of August, 2024, by the United States District Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the orders entered in the *Kipke* Lawsuit (ECF 58) and the *Novotny* Lawsuit (ECF 45) shall be modified to state, in relevant part: "IT IS FURTHER ORDERED that Plaintiffs' Motions for Summary are GRANTED as to the claims reagrding Maryland's laws restricting the carrying of firearms in: (1) locations selling alcohol for on-site consumption, Md. Code Ann., (2023), Crim. Law § 4-111(a)(8)(i); . . . ."

/s
_____
George L. Russell, III
United States District Judge