# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUSANNAH WARNER KIPKE, et al. ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | No. 1:23-cv-01293-GLR |
| ) | |
| WES MOORE, in his official capacity ) | |
| as Governor of Maryland, et al. ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF APPEAL

Notice is given that Plaintiffs Susannah Warner Kipke and Maryland State Rifle and Pistol Association, Inc. appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Aug. 2, 2024 Order granting in part and denying in part Plaintiffs' motion for summary judgment, granting in part and denying in part Defendants' cross-motion for summary judgment, entering judgment for Plaintiffs in part, and entering judgment for Defendants in part; and the Court's Aug. 8, 2024 Order granting Defendants' Motion for Relief from Order.

Dated: August 15, 2024                                     Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2024, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

Respectfully submitted,

/s/ *John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)