IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUSANNAH WARNER KIPKE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-23-01293 |
| WES MOORE, et al., | * | |
| Defendants. | * | |
| | * | |

\*\*\*

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Enter Final Judgment and Stay Deadline to Seek Attorney Fees ("Plaintiffs' Motion") (ECF No. 64), Defendants' Opposition thereto (ECF No. 67), and Plaintiffs' Reply (ECF No. 68), it is this 10th day of September, 2024, by the United States District Court for the District of Maryland hereby:

ORDERED that Plaintiffs' Motion (ECF No. 64) is GRANTED IN PART and DENIED IN PART as follows: The Motion to Enter Final Judgment is DENIED. The Motion to Stay Deadline to Seek Attorney Fees is GRANTED;

IT IS FURTHER ORDERED that the deadline to file a motion for attorney fees in this case is STAYED until a time to be determined after the conclusion of all appellate proceedings, including any proceedings at the United States Supreme Court; and

IT IS FURTHER ORDERED that the parties shall FILE a joint status report within 90 days of the date of this Order.

                                                                         /s/  
                                         George L. Russell, III  
                                         Chief United States District Judge